# CLIFTON BUDD & DeMARIA, LLP

ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL (212) 687-7410
FAX (212) 687-3285
www.cbdm.com

IAN-PAUL A. POULOS
COUNSEL
E-MAIL: IAPOULOS@CBDM.COM

October 14, 2022

**VIA ECF**
Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
Courtroom 14A
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

*[signature]*
John G. Koeltl, U.S.D.J.
10/15/22

Re:   *Yan v. U.H.O. Management Corp.*
      22-cv-08194-JGK

Dear Judge Koeltl:

This firm represents Defendant U.H.O. Management Corp. in the above-referenced action. Pursuant to Paragraph I(E) of Your Honor's Individual Practices, Defendant respectfully requests that Your Honor extend the deadline to move, answer, or otherwise respond to the Complaint through and including December 5, 2022. This extension is necessary for the Defendant to investigate the facts and circumstances of the Plaintiff's Complaint.

Counsel for the Plaintiff consents to this request. Defendant has not requested any other extensions or adjournments. No other dates will be affected should the Court grant this request.

Thank you for Your Honor's time and consideration.

Respectfully submitted,

CLIFTON BUDD & DeMARIA, LLP
*Attorneys for the Defendant*

By: *[signature]*
     Ian-Paul A. Poulos

cc:   All Counsel of Record