```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

MAXIMO YAN,

                Plaintiff,

    - against -

U.H.O. MANAGEMENT CORP.,

                Defendant.

22-cv-8194 (JGK)

ORDER

------------------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by January 3, 2023.

SO ORDERED.

Dated:    New York, New York
            December 6, 2022

                                    /s/ John G. Koeltl
                                 John G. Koeltl
                          United States District Judge