UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MAXIMO YAN,

                Plaintiff,

                                                        22 civ 8194 (JGK)

    -against-

U.H.O. MANAGEMENT CORP,

                Defendant.
-------------------------------------------------------------X

## ORDER

A scheduling order issued on January 4, 2023,

The Conference scheduled for February 14, 2023 at 12:00pm is canceled.

**SO ORDERED.**

                                                           /s/ John G. Koeltl
                                                    **JOHN G. KOELTL**
                                                   **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          January 24, 2023