```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

MAXIMO YAN,

                              Plaintiff,

22-cv-8194 (JGK)

<u>ORDER</u>

- against -

U.H.O. MANAGEMENT CORP.,

                              Defendant.

**JOHN G. KOELTL**, District Judge:

It has been reported to the Court that, following court-ordered mediation, the parties have settled this Fair Labor Standards Act case. By **May 10, 2023**, the parties should submit a letter to the Court attaching the settlement agreement and explaining why it is fair, reasonable, and adequate. <u>See</u> <u>Cheeks v. Freeport Pancake House, Inc.</u>, 796 F.3d 199, 200 (2d Cir. 2015).

The letter should include an explanation of the attorney's fees and costs together with the necessary time records, biographies, and billing rates to calculate the lodestar.

**SO ORDERED.**

Dated:    New York, New York
           April 26, 2023

                                                  John G. Koeltl
                                        United States District Judge